

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2018

No. 04-17-00814-CV

Terry **GRANGER,**
Appellant

v.

**THE TRAVELERS HOME AND MARINE INS. CO.,**
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2014CV03227
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is GRANTED. The appellant's brief is due on March 5, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court